Prob 12
(Rev. 3/88)

# UNITED STATES DISTRICT COURT
## For The
## WESTERN DISTRICT OF PENNSYLVANIA

U.S.A. vs. Curtis Lashawn Duck                                      Docket No. 02-000019-002 Erie

### Petition on Supervised Release

    COMES NOW Theodore W. Johnson, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Curtis, who was placed on supervision by the Honorable Maurice B. Cohill, Jr. sitting in the Court at Erie, PA, on the 9th day of June 2003, who fixed the period of supervision at three years and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- The defendant shall not commit another federal, state, or local crime.
- The defendant shall not illegally possess a controlled substance.
- The defendant shall not possess a firearm.
- The defendant shall participate in a program of testing and treatment for substance abuse as directed by the Probation Office, until such time as the defendant is released from the program by the probation officer. Further, the defendant shall be required to contribute to the cost of services for any such treatment in an amount determined by the probation officer, not to exceed the actual costs. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter.
- The defendant shall not possess, purchase, or use alcoholic beverages.
- The defendant shall comply with all support orders issued by the Erie County Office of Domestic Relations. In addition, the defendant shall abide by any payment schedule set by the Erie County Office of Domestic Relations.
- The defendant shall be gainfully employed. If the defendant is unemployed for more than 30 consecutive days, the defendant shall be required to perform community service hours at a weekly rate to be determined by the probation officer, not to exceed 24 hours per week.
- The defendant shall make restitution in the amount of $1,217 to the Social Security Administration, to be paid jointly and severally with Tracy Steele and Twanda Davis.
- The defendant shall pay a special assessment of $100.

06-09-03:    Conspiracy to Defraud the United States; 18 months' custody of the Bureau of Prisons, to be followed by 3 years' supervised release.
11-19-04:    Released to supervision; Currently supervised by U.S. Probation Officer David J. Conde.
05-05-05:    Judgement amended by Senior United States District Judge Donetta W. Ambrose to include a 90-day period of home detention.

    **RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

    **The defendant shall not illegally possess a controlled substance.**

    **The defendant shall refrain from any unlawful use of a controlled substance.**

    Your Petitioner reports that urine specimens obtained from the releasee on July 11, 14, 18, and 25, 2005, have tested positive for cocaine. Since February 25, 2005, the defendant has tested positive for cocaine on 13 occasions.

U.S.A. vs. Curtis Lashawn Duck
Docket No. 02-000019-002 Erie
Page 2

PRAYING THAT THE COURT WILL ORDER that the supervised releasee appear in Federal Court, Courtroom A, U.S. Courthouse, Erie, Pennsylvania, with legal counsel on _August 8_ at _3:30 PM_ to show cause why supervision should not be revoked.

| ORDER OF COURT | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| Considered and ordered this _29th_ day of _July_, 20_05_ and ordered filed and made a part of the records in the above case. | Executed on _July 27, 2005_ |
| _Maurice B. Cohill, Jr._ | _David J. Conde_ |
| Senior U.S. District Judge | U.S. Probation Officer |
| | _Gerald R. Buban_ |
| | Supervising U.S. Probation Officer |
| | Place:   Erie, PA |