FPD
NO FEE

# NOTICE OF APPEAL TO
## UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

U.S. District Court - Western District of Pennsylvania (Pittsburgh)

Circuit Court Docket No. _____

**FULL CAPTION IN DISTRICT COURT:**

UNITED STATES OF AMERICA

V.

CURTIS LASHAWN DUCK

District Court Docket No. <u>Criminal No. 02-19E</u>

District Court Judge <u>Maurice B. Cohill, Jr</u>

Notice is hereby given that <u>Curtis LaShawn Duck</u> appeals to the United States Court of Appeals for the Third Circuit from [X] Judgment; [ ] Order; [ ] Other (Specify) _____

entered in this action on <u>August 15, 2005</u>.

DATED: August 22, 2005

_(signature)_
(Counsel for Appellant-signature)
Renee Pietropaolo   PA ID# 72887
Assistant Federal Public Defender
(Name of Counsel-Typed)
1450 Liberty Center
(Address)
1001 Liberty Avenue
Pittsburgh, PA 15222
(412) 644-6565
(Tel. No. - FTS or Other)

Robert A. Eberhardt
Assistant U.S. Attorney
(Counsel for Appellee)
400 U.S. Courthouse
(Address)
Seventh Avenue & Grant St.
Pittsburgh, PA 15219
(412) 894-7353
(Tel. No. - FTS or Other)