IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.          CRIMINAL NO. 02-19 ERIE

CURTIS LASHAWN DUCK

ARRAIGNMENT

Proceedings held before the HONORABLE

SUSAN PARADISE BAXTER, U.S. Magistrate Judge,

in Courtroom B, U.S. Courthouse, Erie,

Pennsylvania, on Wednesday, June 26, 2002.

APPEARANCES:
    CHRISTIAN A. TRABOLD, Assistant United States
    Attorney, appearing on behalf of the Government.

    STEPHEN M. MISKO, Esquire, appearing on behalf
    of the Defendant.

Ronald J. Bench, RMR - Official Court Reporter

2

1        P R O C E E D I N G S

2

3        (Whereupon, the proceedings began at 2:36 p.m., on

4   Wednesday, June 26, 2002, in Courtroom B.)

5

6        THE CLERK:  The case before the court is United

7   States of America v. Curtis Lashawn Duck.  It's docketed at

8   Criminal No. 02-19 Erie.  Representing the government is Chris

9   Trabold.  Representing the defendant is Steve Misko.

10       THE COURT:  Mr. Duck, this is the hearing where you

11  plead to the charges against you.  And I must make sure you

12  understand those charges before I take your plea.  I'm going to

13  ask your attorney if he would like us to review the charges

14   against his client?

15        MR. MISKO:  Your Honor, I've had an opportunity in

16   the limited time today, probably about 15 minutes, to speak

17   with my client.  He indicates he understands the nature of the

18   charges against him, therefore, he waives a reading of the

19   indictment.

20        THE COURT:  Then I'm going to have you placed under

21   oath, Mr. Duck, I'm going to ask you if you understand them

22   while under oath.

23        (Whereupon, the Defendant, CURTIS LASHAWN DUCK, was

24   sworn.)

25        THE COURT:  Are you the Curtis Lashawn Duck named in

3

1    the indictment?

2         THE DEFENDANT:  Yes.

3         THE COURT:  Have you received a copy of indictment?

4         THE DEFENDANT:  Yes.

5         THE COURT:  Have you read it?

6         THE DEFENDANT:  Yes.

7         THE COURT:  Have you discussed the charges against

8   you with your attorney?

9        THE DEFENDANT:  Yes.

10       THE COURT:  And do you understand them?

11       THE DEFENDANT:  Yes.

12       THE COURT:  How does your client plead, Mr. Misko?

13       MR. MISKO:  Your Honor, my client pleads not guilty

14  and requests a trial by jury.

15       THE COURT:  Thank you.  Please sign your not guilty

16  plea, Mr. Duck.  Mr. Misko, I'm giving you notice that you have

17  10 days from today's date within which to file pretrial

18  motions.

19       MR. MISKO:  Yes, your Honor.

20       MR. TRABOLD:  For purposes of the record, I do not

21  have the Rule 16 material today to provide, but I will be

22  providing it as soon as I can.  And part of the Rule 16

23  material I will be providing is a copy of a videotaped

24  statement taken of Mr. Duck on September 18th.  I will be

25  providing that.  Right now I just have kind of a compilation of

4

1   videotapes on one tape.  I will be parsing it out.

2          THE COURT: Then you will have no objection to an

3   extension of time for filing motions?

4          MR. TRABOLD: I obviously have no objection to the

5   court granting an extension for the motions.

6          THE COURT: All right, anything else, Mr. Trabold?

7          MR. TRABOLD: No, your Honor.

8          THE COURT: Mr. Misko?

9          MR. MISKO: No, your Honor.

10          THE COURT: All right, we're adjourned.

11

12          (Whereupon, at 2:40 p.m., the proceedings were

13   concluded.)

14

15

16                  - - -

17

18

19

20

21

22

23

24

25

5

1         C E R T I F I C A T E
          _ _ _ _ _ _ _ _ _ _ _

2

3

4

5     I, Ronald J. Bench, certify that the foregoing is a

6  correct transcript from the record of proceedings in the

7  above-entitled matter.

8

9

10

11  _____

12  Ronald J. Bench

13

14

15

16

17

18

19

20

21

22

23

24

25