```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE WESTERN DISTRICT OF PENNSYLVANIA


UNITED STATES OF AMERICA     )
                             )
          v.                 )    Criminal No. 02-19E
                             )
CURTIS LASHAWN DUCK          )
                             )
```

**ORDER OF COURT**

AND NOW, to-wit, this _____ day of _____, 2006, upon consideration of the foregoing Motion for Modification of Conditions of Supervised Release it is hereby ORDERED, ADJUDGED AND DECREED that said motion be, and the same hereby is, granted. Mr. Duck is to be placed on home confinement for a period of six months instead of sent to the CCC in Pittsburgh for six months.

```
                          _____
                          Maurice B. Cohill, Jr.
                          Senior United States District Judge
```

cc:  Counsel of Record
     U.S. Probation Officer David Conde