**LIMITED OFFICIAL USE**



# Federal Bureau of Prisons
# Psychology Data System

**Date-Title:** 02-10-2006 - Brief Counseling Session
**Reg Number-Name:** 20161-068 - DUCK, CURTIS L.    **Unit:** UNIT 1B
**Author:** DENIELLE R. THOMAS, DRUG ABUSE TRTMNT SPECLST
  *D Thomas BSW, CAC*
**Institution:** ALM - ALLENWOOD MED FCI

Mr. Duck had requested written documentation of his participation in programming to present to his attorney for CCC purposes. He currently is participating in Drug Education. He began treatment on January 18, 2006. He attends on a weekly basis. This program is 40 hours of Drug Education. Mr. Duck has completed 7 hours thus far. He also participates in the AA/NA support group that is offered one day a week for inmates serious about their recovery. He started attending those meetings on December 16, 2005. He is currently not signed up for non-residential treatment programs.

cc: Unit Team Central File

**LIMITED OFFICIAL USE**



EXHIBIT A