IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | Criminal No. 02-19E |
| ) | |
| CURTIS LASHAWN DUCK ) | |

**ORDER OF COURT**

AND NOW, to-wit, this 27th day of March, 2006, upon consideration of the foregoing Motion for Modification of Conditions of Supervised Release it is hereby ORDERED, ADJUDGED AND DECREED that said motion be, and the same hereby is, granted. Mr. Duck is to be placed on home confinement for a period of six months instead of sent to the CCC in Pittsburgh for six months.

_____
Maurice B. Cohill, Jr.
Senior United States District Judge


cc: Counsel of Record
    U.S. Probation Officer David Conde
    U.S. Bureau of Prisons - Community Corrections Office
    U.S. Marshal
    Defendant c/o Defense Counsel